# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**IN THE MATTER OF:**

Charles L. Smith

**Case No. 18-21908**
**Judge Daniel S. Opperman**
**Chapter 13**

Debtor(s) /

## ORDER ADJOURNING CONFIRMATION HEARING AND HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF FREEDOM MORTGAGE CORPORATION

The above named Debtor, objecting Creditors and the Trustee having stipulated to the entry of the Order Adjourning Confirmation hearing and the hearing on Debtor's Objection to Proof of Claim of Freedom Mortgage Corporation,

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Confirmation hearing in this matter and the hearing on Debtor's Objection to Proof of Claim of Freedom Mortgage shall be adjourned to March 7, 2019 at 10:00 a.m.

**Signed on February 05, 2019**

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge